**Order entered October 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01215-CV

## HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

## PATRICK DAUGHERTY, Appellee

---

### No. 05-14-01283-CV

## PATRICK DAUGHERTY, Appellant

### V.

## SIERRA VERDE, LLC, HIGHLAND EMPLOYEE RETENTION ASSETS, LLC, JAMES DONDERO, PATRICK BOYCE AND WILLIAM L. BRITAIN, Appellees

### AND

## HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

## PATRICK DAUGHERTY, Appellee

---

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 12-04005

## ORDER

Because a review of these appeals reveals they stem from the same judgment, we

**CONSOLIDATE**, on our own motion, appellate cause number 05-14-01283-CV into cause 05-

14-01215-CV. For administrative purposes, appellate cause number 05-14-01283-CV is treated as a closed case.

We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-14-01283-CV to appellate cause number 05-14-01215-CV. The parties shall now use only cause number 05-14-01215-CV when referencing the appeal.


/s/     ADA BROWN
           JUSTICE